# IN THE MISSOURI COURT OF APPEALS
## APRIL 15, 2014
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

WD76672     Darlene F. Chambers vs. Jeremiah (Jay) Nixon, et al

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

WD75952     State of Missouri vs. Michael T. Waller